UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE FEDERATION OF BANGLADESHI
ASSOCIATIONS IN NORTH AMERICA, INC. d/b/a/
"FOBANA," a District of Columbia Corporation,

                 Plaintiff,

          -against-

BANGLADESHI AMERICAN FRIENDSHIP
SOCIETY OF NEW YORK, INC., a New York
Corporation, SHAH NAWAZ, an individual,
FIROZ AHMED, an individual, MOHAMMAD
HOSSAIN KHAN, an individual, KAZI SAKAWAT
HOSSAIN AZAM, an individual, MOHAMED ALI
IMAM SIKDER, an individual, ATIQUR RAHMAN
EUSUFAZI, an individual, XYZ Corporations 1-10
fictitious entities and JOHN DOES 1-10 fictitious
individuals,

                 Defendants.
--------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, Chief United States District Judge.

**JUDGMENT**
19-CV-3399 (RRM)(SMG)

     An Order of the undersigned having been filed this day dismissing all claims, denying

defendants' petition for cancellation of the FOBANA trademark, and directing the Clerk of Court

to enter judgment and close this case, it is hereby:

     ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendants,

that defendants' motion to dismiss is hereby granted, and that this case is hereby closed.

                          SO ORDERED.

Dated: Brooklyn, New York
       September 28, 2020

                         *Roslynn R. Mauskopf*

                         _____
                         ROSLYNN R. MAUSKOPF
                         Chief United States District Judge